**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| JAMES D. FRANCIS | ) | CASE NO. 11-80678 |
| KIMBERLY M. FRANCIS | ) | |
| | ) | |
| DEBTOR(S) | ) | |

### NOTICE OF HEARING

THE DEBTORS, by their attorney, BERNARD J NATALE, have filed papers with the Court for the:
**APPLICATION FOR FINAL DECREE AND ORDER OF SUBSTANTIAL CONSUMMATION**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you desire a copy of the Application , please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Application and want the Court to consider your views on said Application, you or your attorney must:

1. File a written response to the above Application or before the date set for the hearing on the Application at the U.S. Bankruptcy Court, 327 S. Church Street, Rockford, IL; OR
2. Attend the hearing scheduled to be **Wednesday, February 13, 2013 at 10:30 a.m**. in the United States Bankruptcy Court, 327 S. Church Street, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:    BERNARD J NATALE, LTD
                                 BERNARD J. NATALE
                                 6833 Stalter Drive, Ste 201
                                 Rockford, Illinois 61108
                                 815-964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date:  January 14, 2013

/s/ BERNARD J NATALE
BERNARD J. NATALE
6833 Stalter Drive, Ste 201
Rockford, Illinois 61108

## PROOF OF SERVICE

STATE OF ILLINOIS            )
                             ) SS
COUNTY OF WINNEBAGO          )

    The undersigned, being first duly sworn on oath deposes and states that she served the attached by placing a true and correct copy of said notice of **HEARING ON APPLICATION FOR FINAL DECREE AND ORDER OF SUBSTANTIAL CONSUMMATION** in each envelope, addressed as attached:

    SEE MATRIX

    And additionally to:

| | |
|---|---|
| Mr. and Mrs. James Francis<br>7330 Illinois Rt 78 North<br>Warren, IL  61087 | James B. Gansen and Timothy J. Quagliano<br>c/o Attorney Julie Quagliano Westemeier<br>Seeger, PC, Attorneys at Law<br>2620 P Street, NW |
| Wolf Creek Acres, LLC<br>7330 Illinois Rt 78 North<br>Warren, IL  61087 | Washington, DC  20007<br><br>Stagecoach Express, Ltd.<br>7330 Illinois Rt 78 North<br>Warren, IL  61087 |

    That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 14th day of January, 2013.

                                                /s/   Mary D. Magnuson

Subscribed and sworn to before me
this 14th day of January, 2013.

    /s/  Denise M. Bennett
Notary Public

My commission expires:  June 14, 2015.

Apple River State Bank
156 E Main St
Warren, IL

.

Attorney Craig Willette
1318 East State Street
Rockford, IL 61104-2228


Attorney Michelle G. Novick
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606


Attorney William J. Anaya
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606


Capital One
Bankruptcy Department
PO Box 85167
Richmond, VA 23285-5167


FHN Memorial Hospital
Central Business Office
PO Box 857
Freeport, IL 61032


First Premier Bank
Bankruptcy Department
PO Box 5524
Sioux Falls, SD 57117-5524


Highway Acres, Inc.
7330 IL Rt. 78N
Warren, IL 61087


James B Gansen Timothy J Quagliano
c/o Attorney Anthony J Quinn
1154 Iowa St
Dubuque, IA 52001


Jeffrey Dickens
PO Box 101
7709 IL Route 78N
Warren, IL 61087

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| JAMES D. FRANCIS | ) | CASE NO. 11-80678 |
| KIMBERLY M. FRANCIS | ) | |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 11 |

## APPLICATION FOR FINAL DECREE
## AND ORDER OF SUBSTANTIAL CONSUMMATION

NOW COME the Debtors, JAMES D. FRANCIS and KIMBERLY M. FRANCES, by their attorney, BERNARD J. NATALE, and apply to this Court for a Final Decree and an Order declaring the Plan to have been substantially consummated.

**Class I** creditors (Administrative claims) whose claims to date certain have been allowed by Orders of the Bankruptcy Court and have been paid in full.

**Class II(A, B, C)** creditor (APPLE RIVER STATE BANK [Secured claims]) confirms that all Debtors' obligations, pursuant to the terms and conditions of the Debtors' confirmed Amended Plan of Reorganization, are current. (See Exhibit A attached)

**Class II(D)** creditor (JAMES B. GANSEN and TIMOTHY J. QUAGLIANO [Secured Claims]) has been paid in full, pursuant to the terms and conditions of the Debtor's confirmed Amended Plan of Reorganization. (See Exhibit B attached)

**Class III** creditor (Priority claims) – None.

**Class IV** creditor (HIGHWAY ACRES, INC.; WOLF CREEK, LLC; and STAGECOACH EXPRESS, LTD. [Executory Contracts and Unexpired Leases]) – Contracts have been assumed pursuant to Debtors' confirmed Amended Plan of Reorganization.

**Class V(A)** creditors (CAPITAL ONE; FIRST PREMIER BANK; and JEFFREY DICKENS [Unsecured claims less than $1,000]) have been paid in full, pursuant to Debtors' confirmed Amended Plan of Reorganization. (See Group Exhibit C attached)

**Class V(B)** creditor (FHN MEMORIAL HOSPITAL [Unsecured claims more than $1,000]) has been fully satisfied. (See Exhibit D attached)

WHEREFORE, the Debtors requests that the Court enter a Final Decree and Order declaring the Amended Plan of Reorganization to have been substantially consummated.

The undersigned verify that the foregoing is true and correct to the best of our knowledge, information and belief, and declare, under penalty of perjury, that we have read the foregoing Application for Final Decree and Order of Substantial Consummation and any attachments hereto.

Debtors' facsimile signature hereon may constitute an original.

Dated: January 10, 2013

/s/ JAMES D. FRANCIS
JAMES D. FRANCIS

/s/ KIMBERLY M. FRANCIS
KIMBERLY M. FRANCIS

PREPARED BY:

ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
6833 STALTER DRIVE
SUITE 201
ROCKFORD, ILLINOIS 61108
(815) 964-4700