UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| JAMES D. FRANCIS | ) | CASE NO. 11-80678 |
| KIMBERLY M. FRANCIS | ) | |
| | ) | |
| DEBTORS | ) | CHAPTER 11 |

### NOTICE OF FINAL APPLICATION FOR AWARD OF ATTORNEY FEES

**THE DEBTORS**, by their attorney, BERNARD J. NATALE, have filed papers with the Court for the: **FINAL APPLICATION FOR AWARD OF ATTORNEY FEES**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you desire a copy of the Motion, please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, 327 S. Church Street, Rockford, IL; OR
2. Attend the hearing scheduled to be held **Wednesday, February 13, 2013 at 10:30 a.m.** in the United States Bankruptcy Court, 327 S. Church Street, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:   BERNARD J. NATALE, LTD.
                                 BERNARD J. NATALE
                                 6833 Stalter Drive – Ste. 201
                                 Rockford, Illinois 61108
                                 815/964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date:  January 14, 2013

                                                    /S/   **BERNARD J. NATALE**
                                                    BERNARD J. NATALE
                                                    6833 Stalter Drive – Ste. 201
                                                    Rockford, Illinois 61108

## PROOF OF SERVICE

STATE OF ILLINOIS           )
                            ) SS
COUNTY OF WINNEBAGO         )

    The undersigned, being first duly sworn on oath deposes and states that she served the attached by placing a true and correct copy of said notice of **FINAL APPLICATION FOR AWARD OF ATTORNEY FEES** in each envelope, addressed as attached:

    SEE MATRIX

    And additionally to:

| | |
|---|---|
| Mr. and Mrs. James Francis<br>7330 Illinois Rt 78 North<br>Warren, IL  61087 | James B. Gansen and Timothy J. Quagliano<br>c/o Attorney Julie Quagliano Westemeier<br>Seeger, PC, Attorneys at Law<br>2620 P Street, NW |
| Wolf Creek Acres, LLC<br>7330 Illinois Rt 78 North<br>Warren, IL  61087 | Washington, DC  20007<br><br>Stagecoach Express, Ltd.<br>7330 Illinois Rt 78 North<br>Warren, IL  61087 |

    That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 14th day of January, 2013.

                                            /S/   Mary D. Magnuson

Subscribed and sworn to before me
this 14th day of January, 2013.


/s/  Denise M. Bennett
Notary Public

My commission expires:  June 14, 2015.

Apple River State Bank
156 E Main St
Warren, IL

.

Attorney Craig Willette
1318 East State Street
Rockford, IL 61104-2228


Attorney Michelle G. Novick
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606


Attorney William J. Anaya
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606


Capital One
Bankruptcy Department
PO Box 85167
Richmond, VA 23285-5167


FHN Memorial Hospital
Central Business Office
PO Box 857
Freeport, IL 61032


First Premier Bank
Bankruptcy Department
PO Box 5524
Sioux Falls, SD 57117-5524


Highway Acres, Inc.
7330 IL Rt. 78N
Warren, IL 61087


James B Gansen Timothy J Quagliano
c/o Attorney Anthony J Quinn
1154 Iowa St
Dubuque, IA 52001


Jeffrey Dickens
PO Box 101
7709 IL Route 78N
Warren, IL 61087

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| JAMES D. FRANCIS | ) | CASE NO. 11-80678 |
| KIMBERLY M. FRANCIS | ) | |
| | ) | |
| DEBTORS | ) | CHAPTER 11 |

### FINAL APPLICATION FOR AWARD OF ATTORNEY FEES

NOW COMES BERNARD J. NATALE, attorney for the debtors, JAMES D. and KIMBERLY M. FRANCIS, and submits this FINAL APPLICATION FOR AWARD OF ATTORNEY FEES, and states as follows:

1. The Debtors filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on February 23, 2011.

2. Your applicant was approved to act as attorney for the Debtors on March 16, 2011.

3. The Debtors paid Attorney BERNARD J. NATALE the sum of $15,000.00 as a pre-petition retainer, out of which was subtracted the sum of $1,039.00 for the Chapter 11 filing fee. Your applicant was paid $4,905.00 in pre-petition fees, and $5,056.00 of funds held in trust were paid towards applicant's first application for interim fees, leaving a trust account balance of $4,000.00, to be held against final fees and expenses.

4. Your applicant, Attorney BERNARD J. NATALE, has provided certain and actual legal services to the debtors and to the estate, the general nature of which is herein described as set forth in detail in Exhibit "A", attached hereto and made a part hereof. The hourly rate for counsel for calendar year 2012 is $300.00. The rate was not increased for 2013.

5. On September 7, 2011, this Court previously awarded attorney fees in the sum of $9,240.00 and expenses in the sum of $159.17, for a total award of $9,399.17, which has been paid.

6. On December 21, 2011, the Debtors' Amended Plan of Reorganization, with a Stipulation to modify the treatment of a secured creditor, was confirmed.

7. Applicant filed a second application for interim fees on December 27, 2011. On January 18, 2012, this Court awarded attorney's fees in the sum of $25,240.00 and expenses in the sum of $513.82, for a total award of $25,753.82, which has now been paid.

8. Based upon the nature, extent and value of services performed to date by your applicant, and estimated, additional fees through case closing of $600.00 for two (2) billable hours as set forth in the attached Exhibit A, and the cost of comparable services other than that in a case under this title, the reasonable final compensation for services for Attorney BERNARD J. NATALE for the period December 28, 2011 through February 13, 2013 is $8,013.00 for a total final award of fees.

9. Upon refinance of their secured obligation, the Debtors paid from the proceeds thereof the balance due of fees from prior awards, and further paid $2,778.00 toward remaining attorney fees. Said sum is currently held in applicant's trust account. By agreement, counsel agreed to limit and cap final fees and expenses at $6,778.00.

10. Upon award of final fees and expenses, your applicant prays that the he be allowed to apply the $6,778.00 remaining in his trust account towards the final fees as payment in full of all remaining attorney fees and expenses.

**WHEREFORE**, your applicant prays that after notice and a hearing the Court authorize payment of final attorney fees to Attorney BERNARD J. NATALE in the sum of $6,778.00 for a total final award of fees for the period of December 28, 2011 through February 13, 2013 and that applicant be allowed to apply the $6,778.00 remaining in his trust account as payment in full of final fees and expenses.

Date: January 14, 2013

/S/    **BERNARD J. NATALE**
BERNARD J. NATALE, Attorney for the Debtors,
JAMES D. and KIMBERLEY M. FRANCIS

PREPARED BY:

ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700