UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In Re:<br>James D. Francis<br>Kimberly M. Francis<br><br><br><br>Debtor(s) | BK No.:   11-80678<br><br>Chapter: 11<br>Honorable Thomas M. Lynch |

## ORDER ON FINAL DECREE AND CERTIFICATE OF CONSUMMATION

The amended Plan of Reorganization and amended Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtors on August 30, 2011, along with the Stipulation to Modify Treatment of the Claim of James B. Gansen and Timothy J. Quagliano, which was filed on December 20, 2011, and the Court having entered an Order confirming the Amended Plan and Amended Disclosure Statement, along with the Stipulation to Modify Treatment of the Claim of James B. Gansen and Timothy J. Quagliano, on December 21, 2011 and the time for appeal having elapsed with the appeal or notice of appeal not having been filed; and Notice of the Debtors' application for an Order declaring the Amended Plan to have been substantially consummated having been given to those entitled to such notice; and it having been determined by the Court, based upon the Debtors' application on file and the whole record herein that:

1. That transfer or other disposition of all or substantially all of the property dealt with by the Amended Plan pursuant to the provisions of the Amended Plan has occurred.
2. The Reorganized Debtors as defined in the Amended Plan have assumed the operation and management of all or substantially all of the property dealt with by the Amended Plan.
3. The Reorganized Debtors have distributed to certain creditors affected by the Amended Plan the certain cash as specified in the Amended Plan.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
A. That the Debtors are released from all their dischargeable debts and liabilities, except as provided in the Amended Plan and Order confirming the Amended Plan.
B. That the rights and interest of the creditors of the Reorganized Debtors hold the same rights as existed on February 23, 2011, the date of the filing of the petition in bankruptcy, as provided in the Amended Plan and Order confirming the Amended Plan and no other rights.
C. The Amended Plan has been substantially consummated.
D. Debtors shall complete their credit counseling course in financial management, and said certificates of same shall be filed on or before March 15, 2013.
E. Upon the filing of credit counseling certificates, the clerk of the Court may enter a discharge order herein, and the estate may be closed.

Enter:

*[signature]*

Dated:    FEB 14 2013

United States Bankruptcy Judge

Rev: 20121203_bko

**Prepared by:**

Attorney Bernard J. Natale
Bernard J. Natale, Ltd
6833 Stalter Drive
Suite 201
Rockford, IL 61108
(815) 964-4700